## LEAK v. HOLLAR

No. 214PA94

Case below: 113 N.C.App. 836

Motion by defendant to dismiss for failure to file a timely petition denied 16 June 1994. Motion by plaintiff to convert petition for discretionary review to petition for writ of certiorari allowed 16 June 1994. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994.

## LEDWELL v. N.C. DEPT. OF HUMAN RESOURCES

No. 233PA94

Case below: 114 N.C.App. 626

Petition by defendant for writ of supersedeas and motion for temporary stay denied 16 June 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994.

## LISTER v. HAMPTON

No. 165P94

Case below: 113 N.C.App. 836

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## LOREMAN .v. TOUCHAMERICA, INC.

No. 167P94

Case below: 113 N.C.App. 836

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied. 16 June 1994.

## MASON v. MASON

No. 162P94

Case below: 114 N.C.App. 266

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.